# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Mills Ltd. | )    ASBCA No. 58806 |
| | ) |
| Under Contract No. N33191-11-P-1730 | ) |

APPEARANCE FOR THE APPELLANT:     Angela H. France, Esq.
           PCT Law Group, PLLC
           Alexandria, VA

APPEARANCES FOR THE GOVERNMENT:     Ronald J. Borro, Esq.
           Navy Chief Trial Attorney
           David L. Koman, Esq.
           Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 17 October 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58806, Appeal of Mills Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals